UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARVETT MCNEILL,
     Plaintiff,
v.                                  CASE NO. 3:23-cv-1513-HES-LLL

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS INC
ALDER WALLACH & ASSOCIATES, INC
D/B/A AWA COLLECTIONS,
     Defendants.
_____/

### O R D E R

This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services" (Dkt. 12).

Accordingly, it is **ORDERED**:

Based on Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the "Notice of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services" (Dkt. 12) is **GRANTED** and this action is **dismissed with prejudice** only as to Defendant Equifax Information Services.

**DONE and ORDERED** in Jacksonville, Florida this 27 day of March 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gerald D Lane, Jr, Esq.
Jibrael S. Hindi, Esq.
Jennifer Gomes Simil, Esq.
Nicole Sieb Smith, Esq.